IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:09CR3031 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Lowell Baisden has moved to continue the pretrial motion deadline currently set for September 30, 2009. (Filing 49). Defense counsel requests an additional one hundred twenty days, and explains he needs this additional time to review the extensive discovery materials (totaling at least 29,000 pages of records to date) received from the government, and to perform investigation regarding this case. Counsel for the government does not oppose the requested continuance. The court finds the motion to continue should be granted.

IT IS ORDERED:

1)   Defendant Lowell Baisden's unopposed motion to continue (filing no. 49) is granted, and the defendant's pretrial motions and briefs shall be filed on or before January 29, 2010.

2)   As previously determined, (see filing no. 21, ¶ 6), this case is "unusual and complex;" it would be unreasonable for the court to require counsel and the parties to be ready for trial within the time restrictions of the Speedy Trial Act; and therefore this case is exempted from the time restrictions of that Act. See 18 U.S.C. § 3161(h)(7)(B)(ii).

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge