IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3031 |
| V. | ) | |
| MICHAEL KONING, LOWELL BAISDEN, and SUSAN BAISDEN-KONING, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Defendant Baisden has moved to continue the pretrial motion deadline set for January 29, 2010. (Filing No. 55). Defense counsel requests an additional ninety days so that he and counsel for the co-defendants may continue to review the voluminous discovery provided by the government and investigate this case. Counsel for the government does not oppose the requested continuance. The court finds the motion to continue should be granted.

IT IS ORDERED:

1) Defendant Baisden's motion to continue, (filing no. 55), is granted, and the defendants' pretrial motions and briefs shall be filed on or before April 26, 2010.

2) As previously determined, (see filing no. 21, ¶ 6), this case is "unusual and complex;" it would be unreasonable for the court to require counsel and the parties to be ready for trial within the time restrictions of the Speedy Trial Act; and therefore this case is exempted from the time restrictions of that Act. See 18 U.S.C. 3161(h)(7)(B)(ii)

DATED this 29th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge