IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:09CR3031 |
| | ) |
| LOWELL BAISDEN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the September 24, 2010, Deadline for Filing Objections to Magistrate Zwart's Findings, Recommendation and Order filing 111. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his objections, with supporting brief, to the Findings, Recommendation and Order no later than Tuesday, September 28, 2010.

Dated September 24, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge