IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL KONING, LOWELL BAISDEN, SUSAN BAISDEN-KONING, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The Cline-Williams firm represents Susan Baisden-Koning. My law clerk, Bren Chambers, previously worked for the Cline-Williams firm as an associate while the above-captioned case was pending in this forum. Mr. Chambers has never worked on this case, either at the Cline-Williams firm or at this court, he will not work on it in the future, and he will be screened from any contact or discussions about the case. Cf. Advisory Opinion No. 51, available at http://www.uscourts.gov/RulesandPolicies/CodesofConduct (click on Published Advisory Opinions). The disqualification of a federal judge's law clerk does not create a basis for disqualification of the federal judge. Id.

IT IS ORDERED:

1) Mr. Chambers has done no work and shall do no work on this case, and he shall be screened from discussions regarding this matter.

2) The parties are hereby notified accordingly.

DATED this 15th day of December, 2010.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge