IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that:

(1) Trial of this case as to Defendant Baisden is continued to October 3, 2011, before the undersigned United States district judge, for six weeks, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 22nd day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge