PS 8
(Rev. 12/04)

<span style="color:red">**SEALED**</span>

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

U.S.A. vs. Lowell Baisden                                      Docket No. 4:09CR3031

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy S. Bare, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Lowell Baisden, who was placed under pretrial release supervision by the Honorable Cheryl R. Zwart sitting in the Court at Lincoln, NE, on April 30, 2009, under the following conditions:

7. The defendant shall:
    (G) Surrender any passport to the supervising officer, and obtain no passport.

    (H) **Not leave California** without prior permission from the supervising officer or the court.

Respectfully presenting petition for action of Court and for cause as follows:

On or about February 3, 2012, Lowell Baisden informed Pretrial Services that he recently applied for a passport, has been issued a passport to be picked up this afternoon, and has plans to travel to India on or about February 7, 2012 for employment purposes.

PRAYING THAT THE COURT WILL ORDER a warrant for the arrest of Lowell Baisden to be detained in U. S. Marshal custody and due to violations of order setting conditions of release pending self surrender for service of the sentence that was imposed on January 26, 2012.

ORDER OF COURT

Considered and ordered this 3rd day of February, 2012 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2012

_____
U.S. Pretrial Services Officer

Place: Lincoln, NE