IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:09CR3031 |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEAL** |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

 Notice is hereby given that Defendant Lowell Baisden appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case, filing 283, entered in this action on January 31, 2012.

 DATED this 7TH day of February, 2012.

         Respectfully submitted,

         LOWELL BAISDEN, Defendant


    By: */s/ John C. Vanderslice*
      John C. Vanderslice
      Assistant Federal Public Defender
      112 Federal Building
      100 Centennial Mall North
      Lincoln, Nebraska 65808
      (402) 437-5871
      Attorney for Defendant

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that:

1. I have filed or served copies of this notice of appeal upon the United States District Court and AUSA Steve Russell by ECF.

2. I have completed and attached an Information Sheet to this Notice of Appeal.


   February 7, 2012                              */s/ John C. Vanderslice*
                                                        John C. Vanderslice

# INFORMATION SHEET - CRIMINAL
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:      Lowell Baisden
   Marshall Custody

2. Date of Verdict:           N/A

   ____ Jury        _XX_ Non-Jury        Bail Status __Revoked__

   Offenses:     __Aiding and Abetting Tax Evasion__

   Trial Testimony - Number of Days __N/A__

3. Sentence and Date Imposed:  __January 26, 2012  (Judgment: January 31, 2012)__

   __Sentenced to 37 months prison__

4. Appealing:   Sentence _____   Conviction _____   Both __XX__

   Challenging:  __XX__    Application of Sentencing Guidelines
                 _____    Constitutionality of Guidelines
                 _____    Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:   __Not Ordered__

   Name, Address, and Phone Number of Court Reporter or Transcriber in Charge of Preparing Transcript:   __N/A__

6. Trial Counsel was:   __XX__ Appointed        _____ Retained

   Does Defendant's financial status warrant appointment of counsel on appeal?     __XX__ Yes        _____ No

   Affidavit of Financial Status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal?  __XX__ Yes     _____ No

   See, counsel's motion to withdraw, filing 292.

7. Name and Phone Number of Assistant U.S. Attorney:  __AUSA Steve Russell, (402) 437-5241__.