IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3031-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LOWELL BAISDEN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the United States of America shall, on or before February 26, 2014, submit an answer and supporting brief in response to the defendant's motion to vacate under 28 U.S.C. 2255 (filing 336). My chambers shall call this matter to my attention on February 27, 2014.

Dated February 5, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge